UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

William H. Evans, Jr.,            )
                                  )
       Petitioner,                )
                                  )
v.                                )   Civil Action No. 08 1267
                                  )
                                  )
Robert S. Mueller, III,           )
                                  )
       Respondent.                )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 18 day of July 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

United States District Judge